**IN RE: LIVE FACE ON WEB, LLC, COPYRIGHT LITIGATION**

**MDL No. 2674**

United States Judicial Panel on Multidistrict Litigation.

December 9, 2015

Before SARAH S. VANCE, Chair, CHARLES R. BREYER, ELLEN SEGAL HUVELLE, R. DAVID PROCTOR and CATHERINE D. PERRY, Judges of the Panel.

## ORDER DENYING TRANSFER

**Before the Panel:**[*] Defendant in the Southern District of Florida *Florida State* action moves under 28 U.S.C. § 1407 to centralize pretrial proceedings in the Middle District of Florida. This litigation currently consists of 20 actions listed on Schedule A and pending in ten districts.[1]

Defendants in five actions join the motion.[2] Defendant in the District of Maryland action opposes centralization or, alternatively suggests centralization in the District of Maryland. Common plaintiff, Live Face on Web, LLC (Live Face) opposes centralization or, alternatively, supports the Middle District of Florida as transferee district.

 On the basis of the papers filed and the hearing session held, we conclude that centralization is not necessary for the convenience of the parties and witnesses or to further the just and efficient conduct of the litigation. While most actions will involve common factual questions regarding the validity of Live Face's copyright and the proper measure of damages, we have found that a "trend of quick dismissals" can signal that centralization is not warranted. *In re: ArrivalStar S.A. Fleet Mgmt. Sys. Patent Litig.*, 802 F.Supp.2d 1378, 1379 (J.P.M.L. 2011). Here, a little more than two months after the filing of the instant motion for centralization, more than a third of the actions involved have been resolved. Given that these actions thus far have not "required significant judicial attention," we find that centralization would not promote the just and efficient conduct of the litigation. *Id.* Rather, it appears that alternatives to centralization—such as employing a shared expert and coordinating common depositions—can minimize any overlap in pretrial proceedings.

IT IS THEREFORE ORDERED that the motion for centralization of these actions is denied.

### SCHEDULE A

**MDL No. 2674 — IN RE: LIVE FACE ON WEB, LLC COPYRIGHT LITIGATION**

*Central District of California*

LIVE FACE ON WEB, LLC v. GREGORY S. SANDERSON, ET AL., C.A. No. 2:15–06358

LIVE FACE ON WEB, LLC v. LONG NGOC PHAN DMD, INC., ET AL., C.A. No. 5:15–01388

LIVE FACE ON WEB, LLC v. AZ METROWAY, INC., ET AL., C.A. No. 5:15–01701

LIVE FACE ON WEB, LLC v. AMERICAN COMPANION AND CAREGIVERS, INC., ET AL., C.A. No. 5:15–01702

*Middle District of Florida*

LIVE FACE ON WEB, LLC v. JACKSON & JOYCE FAMILY DENTISTRY, P.L., C.A. No. 5:15–00232

---

[*] Judge Marjorie O. Rendell and Judge Lewis A. Kaplan took no part in the decision of this matter.

1. The motion originally included 32 actions, but twelve actions since have been dismissed, settled, or otherwise resolved. The copyright claims by Live Face against defendants have been resolved in another two actions, but the actions remain open due to the presence of pending third party claims.

2. Defendants in one Southern District of New York action initially suggested centralization in the Southern District of New York, but counsel for movant represented in a notice of presentation of oral argument that these defendants support centralization in the Middle District of Florida, as do defendants in four additional actions.

*Southern District of Florida*

LIVE FACE ON WEB, LLC v. FLOR-IDA STATE REALTY GROUP, INC., C.A. No. 0:15–60972

*District of Maryland*

LIVE FACE ON WEB, LLC v. BAL-TIMORE COUNTY EMPLOYEES FEDERAL CREDIT UNION, C.A. No. 1:15–02018

*District of New Jersey*

LIVE FACE ON WEB, LLC v. SMART MOVE SEARCH, INC., ET AL., C.A. No. 1:15–04198

LIVE FACE ON WEB, LLC v. BROK-ERSBULLPEN, LLC, ET AL., C.A. No. 1:15–06838

LIVE FACE ON WEB, LLC v. HIP-POCRATIC SOLUTIONS, LLC, ET AL., C.A. No. 1:15–06874

*Southern District of New York*

LIVE FACE ON WEB, LLC v. FIVE BORO MOLD SPECIALIST, INC., C.A. No. 1:15–04779

LIVE FACE ON WEB, LLC v. MI-CHAEL ADAIR TECHNOLOGY CON-SULTING LLC, ET AL., C.A. No. 1:15–04809

*Southern District of New York*

LIVE FACE ON WEB, LLC v. BI-BLIO HOLDINGS, LLC, ET AL., C.A. No. 1:15–04848

*Eastern District of Pennsylvania*

LIVE FACE ON WEB, LLC v. BAK-ER, ET AL., C.A. No. 2:15–00862

LIVE FACE ON WEB, LLC v. THE CONTROL GROUP MEDIA COMPA-NY, INC., ET AL., C.A. No. 2:15–01306

LIVE FACE ON WEB, LLC v. EX-TREME GYM, INC., ET AL., C.A. No. 2:15–02836

LIVE FACE ON WEB, LLC v. EX-PRESS SIGN OUTLET, INC., ET AL., C.A. No. 5:15–03765

*Eastern District of Texas*

LIVE FACE ON WEB, LLC v. SU-PREME FOOD SERVICES, INC., ET AL., C.A. No. 6:15–00654

*Northern District of Texas*

LIVE FACE ON WEB, LLC v. MC-DONALD, ET AL., C.A. No. 4:15–00490

*Western District of Texas*

LIVE FACE ON WEB, LLC v. MORE-NO, ET AL., C.A. No. 5:15–00539